Navid Yadegar (State Bar # 205315)
Navid@YMSLLP.com
Navid Soleymani (State Bar # 219190)
Soleymani@YMSLLP.com
YADEGAR, MINOOFAR & SOLEYMANI, LLP
1875 Century Park East
Suite 1240
Los Angeles, California 90067
Telephone: (310) 499-0140
Facsimile: (888) 667-9576

Attorneys for Plaintiff, *Jon Shumate*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JON SHUMATE, an individual;<br><br>      Plaintiffs,<br>vs.<br><br>WAITR INCORPORATED, a Delaware Corporation; CHRIS MEAUX, an individual, and DOES 1 - 10, inclusive,<br><br>      Defendants. | Case No.: 2:19-CV-00986-TLN-KJN<br><br>**STIPULATION AND ORDER ALLOWING PLAINTIFF TO FILE A FIRST AMENDED COMPLAINT** |

**WHEREAS,** on April 23, 2019, Plaintiff Jon Shumate ("Plaintiff") filed his complaint in the Los Angeles Superior Court.

**WHEREAS,** on May 29, 2019, Defendants removed the action to this court based on diversity.

**WHEREAS,** during discovery, Plaintiff became aware of certain information compelling him to amend the complaint.

**WHEREAS,** Plaintiff seeks to file his First Amended Complaint which adds two causes of action for declaratory relief and rescission.

**WHEREAS,** a copy of Plaintiff's proposed First Amended Complaint is attached hereto as Exhibit "A."

**WHEREAS**, a redline reflecting Plaintiff's proposed changes is attached hereto as Exhibit "B."

**IT IS HEREBY STIPULATED,** by and between Plaintiff and Defendants, by and through their respective counsel, that:

1. Plaintiff should be granted leave to amend to file his First Amended Complaint, a copy of which is attached hereto as Exhibit "A."

2. Defendants' responsive pleading shall be due thirty (30) days after the First Amended Complaint is filed.

DATED: September 13, 2019      YADEGAR, MINOOFAR & SOLEYMANI, LLP

By: */s/ Navid Yadegar*
Navid Yadegar
Navid Soleymani
Attorneys for Plaintiff

DATED: September 13, 2019      DORSEY & WHITNEY LLP

By: */s/ Jessica L. Linehan*
Jessica L. Linehan
Skip Durocher
Andrew Brantingham
Nathan J. Ebnet
Attorneys for Defendants

# ORDER

The Court having reviewed the forgoing Stipulation, and good cause appearing therefore:

**IT IS HEREBY ORDERED** that Plaintiff, Jon Shumate, is granted leave to Amend and to file his First Amended Complaint **within seven (7) days**.

**IT IS ALSO ORDERED** that Defendants' responsive pleading shall be due thirty (30) days after the First Amended Complaint is filed.

**IT IS FURTHER ORDERED** that the First Amended Complaint is deemed filed as of the date it is transmitted via the CM/ECF system.

**IT IS SO ORDERED**.

Dated: September 16, 2019

_____
Troy L. Nunley
United States District Judge